255 So.2d 93

**John J. RAMP, Jr., et al.**

v.

**ST. PAUL FIRE AND MARINE INSUR-
ANCE COMPANY et al.**

No. 51943.

Dec. 7, 1971.

In re: Steven R. Plotkin, Joseph W. Nel-
kin and St. Paul Fire and Marine Insur-
ance Company applying for certiorari, or
writ of review, to the Court of Appeal,
Fourth Circuit, Parish of Orleans. 254 So.
2d 79.

It is ordered that the writ of review is-
sue; that the Court of Appeal send up the
record in duplicate of the case; and that
counsel for plaintiff and defendant be no-
tified.

255 So.2d 93

**STATE of Louisiana**

v.

**Louis RHEAMS.**

No. 51942.

Dec. 7, 1971.

In re: Louis Rheams applying for writs
of certiorari, prohibition, mandamus, and
stay order.

Application denied. Relator had a reme-
dy by appeal. However, as to the illegality
of the sentence, see Assignment of Error
#3, Tate v. Short, 401 U.S. 395, 91 S.Ct.
668, 28 L.Ed.2d 130 (1971), the case is re-
manded to the trial court to permit appli-
cant to file for habeas corpus relief within
15 days. Meanwhile, all proceedings are
stayed until final determination of such
application, if timely filed.